UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14003-CR-Martinez/Lynch(s)
18 U.S.C. § 2422(b)
18 U.S.C. § 2260A

UNITED STATES OF AMERICA,

v.

TIMOTHY WAYNE CARVER,

Defendant.
_____/

FILED by _____ D.C.

FEB 14 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about December 17, 2007, continuing through on or about December 18, 2007, in St. Lucie and Indian River Counties, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY WAYNE CARVER,**

using a facility, a computer, and means of interstate commerce, that is, America Online, an internet communication service, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Beginning on or about December 17, 2007, continuing through on or about December 18, 2007, in St. Lucie and Indian River Counties, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY WAYNE CARVER,**

being required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422, as set forth in Count One of this Indictment, all in violation of Title 18, United States Code, Section 2260A.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

RINKU TALWAR
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TIMOTHY WAYNE CARVER,

Defendant.
_____/

CASE NO.   08-14003-CR-Martinez/Lynch(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL      ___ WPB    _X_ FTP

New Defendant(s)            Yes ___   No _X_
Number of New Defendants
Total number of counts        __2__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     _No_
   List language and/or dialect    _____

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_         Petty        ___
   II   6 to 10 days       ___         Minor        ___
   III  11 to 20 days      ___         Misdem.      ___
   IV   21 to 60 days      ___         Felony       _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.              07-102-FJL
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _X_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
RINKU TALWAR
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0150990

*Penalty Sheet(s) attached                                                       REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 08-14003-Cr-Martinez/Lynch(s)

**Defendant's Name:** TIMOTHY WAYNE CARVER

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Use of a computer to persuade, induce, entice and coerce a person under 18 years to engage in sexual activity, and attempted to do so. | 18:2422(b) | minimum of 10 years up to life imprisonment<br>$250,000 fine<br>SR: minimum of 5 years up to life<br>$100 special assessment |
| 2 | While being required to register as a sex offender, the defendant committed a felony offense involving a minor, as set forth in Count One | 18:2260A | a minimum of 10 years consecutive to the term of imprisonment imposed in count one<br>$250,000 fine<br>SR: minimum of 5 years up to life<br>$100 special assessment |

# **BOND RECOMMENDATION**

Defendant:   **TIMOTHY WAYNE CARVER**

$ <u>MARSHAL'S CUSTODY</u>   (Surety, Recognizance, Corporate Surety, Cash) (Jail)
(On Bond) (Warrant) (Summons) (Marshals' Custody)

_____
Rinku Talwar
Assistant United States Attorney

Last Known Address:   ███████████████████

Incarceration Facility:   St. Lucie County Jail, Fort Pierce, Florida

Agent:   Christopher Harvey/ICE